

# NUMBER 13-13-00570-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**NUECES COUNTY, TEXAS,** **Appellant,**

**v.**

**VIRGINIA CANAS,** **Appellee.**

## On appeal from the County Court at Law No. 1
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria**
**Memorandum Opinion Per Curiam**

This appeal was abated by this Court on December 2, 2014, and the parties were ordered to mediation. This cause is now before the Court on the parties' amended joint motion to dismiss the appeal on grounds the parties have reached an agreement to compromise and settle their differences. The parties request that this Court dismiss the appeal. Accordingly, this appeal is hereby REINSTATED.

The Court, having considered the documents on file and the amended joint motion to dismiss, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of January, 2015.